AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) |
|  | ) Case No. ELH-19-0183 |
| Igor Cooper Rosensteel | ) |
| a/k/a "Cooper Ross," | ) |
| "Cooper Rose" | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Igor Cooper Rosensteel a/k/a "Cooper Ross," "Cooper Rose",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud, 18 U.S.C. 1344(2); Access Device Fraud, 18 U.S.C. 1029(a)(2); Aggravated Identity Theft, 18 U.S.C. 1028A(a)(1) & (b); Possession of Fraudulently Made Government Seal, 18 U.S.C. 506(a)(3); False Impersonation of an Officer or Employee of the United States, 18 U.S.C. 912; Forfeiture, 18 U.S.C. 982(a)(2)(A) and (a)(2)(B), 18 U.S.C. 492, 28 U.S.C. 2461(c))

Date: April 10, 2019

*Issuing officer's signature*

City and state:   Baltimore, Maryland     A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/10/19, and the person was arrested on *(date)* 6/7/19
at *(city and state)* Towson, Maryland.

Date: 6/7/19

*Arresting officer's signature*

Jonathan Rey, Special Agent
*Printed name and title*