# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                    Crim. No. ELH-19-183

IGOR ROSENSTEEL,

Defendant.

\*\*\*\*\*\*

## INTERSTATE AGREEMENT ON DETAINERS

I, Igor Rosensteel, defendant, having discussed with my attorney, _Brenden Hurson_, the possible effect of the Interstate Agreement on Detainers ("IAD") in my case, do hereby state:

1. I have previously been sentenced to serve a term of imprisonment by a state court in the state of Maryland. I am currently serving that sentence and am in state custody.

2. I presently face charges in the U.S. District Court for the District of Maryland, and for this reason I have been brought to the U.S. District Court in Baltimore, Maryland.

3. The IAD provides that I have the right to be held in federal custody until my trial on the federal charges. I can waive that right and ask to be returned to state custody where I am serving my state sentence.

4. Under the IAD, I cannot be returned to my original place of imprisonment unless I waive my right to stay in federal custody or unless a court orders me returned after reasonable notice and an opportunity for a hearing. If I am otherwise returned without my consent or a court order to my original place of imprisonment before my trial, the charges against me in federal court will be dismissed.

5. I have been advised of these IAD rights, I understand these rights, and I make the following election:

_____    I want to remain in federal custody under the IAD.

__X__     I want to return to state custody, and I HEREBY WAIVE my rights under the IAD in open court. I understand that by entering this waiver, I may be returned to my original place of imprisonment from time to time until my trial in federal court, and the charges against me in federal court will not be dismissed.

_____                    _____
J. Mark Coulson                                Defendant
United States Magistrate Judge
                                               _____
                                               Counsel for Defendant

U.S. District Court (11/2016) Criminal Magistrate Forms: Interstate Agreement on Detainers