IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                        Case No.  ELH-19-0183

IGOR COOPER ROSENSTEEL

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Brendan Hurson (AFPD)_, and the Government was represented by Assistant United States Attorney _Christine Ducy_, it is

**ORDERED**, this  7th  day of  June  2019, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
J. Mark Coulson
United States Magistrate Judge