===================================================================
# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

**APPEARANCE**

**UNITED STATES OF AMERICA**          *

    **v.**          *          **Criminal No. ELH-19-183**

**IGOR ROSENSTEEL**          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Igor Rosensteel. I certify that I am admitted to practice in this court.

June 10, 2019                                                /s/
Date                                                   RACHEL E. ZIMAROWSKI (#810604)
                                                      Assistant Federal Public Defender
                                                      100 South Charles Street
                                                      Tower II, 9th Floor
                                                      Baltimore, Maryland 21201
                                                      Ph:   (410) 962-3962
                                                      Fax: (410) 962-0872
                                                      Rachel_Zimarowski@fd.org