To whom it may concern, (Judge, Clerk of Court, Public Defender)

JUN 21 2019
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

My name is Igor Rosensteel. I am 29 years old. I was born in Moscow Russia and was adopted at 7 years old. Both my parents in Russia died when I was very young. My father died when I was 3 years old from a car accident. My mother and her boyfriend both did drugs and drank infront of me. When I was about 4-5 years old. My mother's boyfriend abused me and her everytime he was on drugs or drank. I was sexually abused and beaten by him, while my mother was drunk or too high to care about me. But one day she had enough of the abuse from her boyfriend. So we decided to leave, but we didn't get far. He followed us and shot my mother in the head infront of me and sexually abused me while my mother laid there dead. After all of this happened I was taken to my grandmother's to live with. But my grandmother couldn't take care of me because we were very poor. We lived next to a dump. So she decided to take me to an orphanage where she thought I'd have a better life. Well that wasn't true at all. I was abused, starved and again sexually abused by the workers there. We would also have to sleep under blankets and sometimes beaten with a belt or strangled. This wasn't the life I wanted. But life changed when my parents now, came and adopted me and brought me to the States in August of 1999. I went to all private schools all my life. But during High School (Archbishop Curley) something happped in my head and I started to struggle. I was depressed and started to do things I didn't understand, neither did my parents. I started to take things from my parents for money because I always the guy with money (people thought). Something in my head triggers my past and I get an impulse to take things because I get into finance trouble or try to impress people with money. This is the reason I have done some stupid stuff in my life that I hate and regret. I have made up stories and lies about myself that aren't true, to make myself look better. I went to therapy for years and thought I was better because I broke my silence to my parents about what really happened in Russia and my life. Well this past year I started to struggle again and started to be that person that I didn't want to be ever again. I started to lie and make up stories about myself that weren't true. I've gotten myself in a major mess and I hate myself for it. This past year I was so depressed that I made a Facebook post that said I wanted to end my life and went into a mental Hospital because I'm not happy with my life and past. I need help and not prison. I have learned a major lesson while being locked up at Towson Detention Center. I need to change and seek Therapy/Counseling again. I want the proper help to change my life around. I can't keep hurting the people that love and care about me, like my parents that I miss and love. It has been rough for my parents and I. My mother lost her job at Loyola University, where she was a Special Education Director. My father has his own Business, it's an engraving company. But my parents and I are struggling with money. I don't want to see my parents lose there house because I am in prison

I am very scared to go to prison for the stupid things I've done. I can't lose my parents or have them lose me. I would break my parents hearts and I can't let that happen. Both my parents also have health problems. I also have health issues. I have a softball Tumor in my back that is growing and wrapping around my spine and pushing my ribs. I also can't leave my parents with debt and also my debt on top. I work for Trinity Inspections which is an Insurance Adjusting Company that inspects roofs for weather damage. I also have my own Business, which is a Gutter/Roofing Company that I started on my own in 2015. But like I said this past year has been rough for me and my parents. I know and understand that I have done stupid things in my life and I am deeply sorry for hurting and lying to the people that I love and care about. I have hurt my parents the most and can't do that anymore. I am very scared for my life to go to prison. I would rather be sent back to Russia than go to prison and lose everything I've worked hard for. I need help and not prison. I want to get help and work to help my parents that have given me everything in life. I am truly sorry for hurting people in my life and want to ask for forgiveness. I am really not that person you see on that paperwork or that record. I want to change my life around and do good and be happy with my life. I want to go back to school when I get out and do CDL driving or move to Texas and work on a Oil Rig. Because I feel like no one will give me a job with my record. I've always had the dream of becoming a Navy SEAL or FBI, CIA, DEA, Secret Service, or even an informant/spy for the United States government. But no one will hire me with my record. I want my life to change and have a career where I am proud of what I do and not lie and make up stuff. I need to get help because I have PTSD or something that triggers my past life. I want to take my mistakes and turn them into opportunities. I am deeply sorry for my actions and pray everyday not to be sent to prison. This is who I was yesterday. That's gone. This is who I am today, a better and happy person. Please to God don't put me in prison, send me back to Russia for a while so I can work and help my parents and change my life. Please don't let me lose my life and everything I've worked hard for. I am begging to God

Respectfully
Igor Rosensteel

Can this letter be forwarded to the proper Judge that has this case please.

Igor Rosensteel
720 Bosley Ave
Towson, MD 21204

Clerk of Court or Judge
101 West Lombard St
Baltimore, MD 21201

Case #: ELH-19-0183

21201-266515