## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE MD

**UNITED STATES OF AMERICA**

2019 JUN 28 A 11: 43

**v.**                                                       **Crim. No.   ELH-19-183**

*

**IGOR ROSENSTEEL,**

*

**Defendant.**

******



### INTERSTATE AGREEMENT ON DETAINERS

I, Igor Rosensteel, defendant, having discussed with my attorney, **Rachel Zimmersh**, the
possible effect of the Interstate Agreement on Detainers ("IAD") in my case, do hereby state:

1. I have previously been sentenced to serve a term of imprisonment by a state court in the state of
   Maryland. I am currently serving that sentence and am in state custody.

2. I presently face charges in the U.S. District Court for the District of Maryland, and for this reason I
   have been brought to the U.S. District Court in Baltimore, Maryland.

3. The IAD provides that I have the right to be held in federal custody until my trial on the federal
   charges. I can waive that right and ask to be returned to state custody where I am serving my state
   sentence.

4. Under the IAD, I cannot be returned to my original place of imprisonment unless I waive my right to
   stay in federal custody or unless a court orders me returned after reasonable notice and an opportunity
   for a hearing. If I am otherwise returned without my consent or a court order to my original place of
   imprisonment before my trial, the charges against me in federal court will be dismissed.

5. I have been advised of these IAD rights, I understand these rights, and I make the following election:

_____    I want to remain in federal custody under the IAD.

    ✓

_____    I want to return to state custody, and I HEREBY WAIVE my rights under the IAD in
             open court. I understand that by entering this waiver, I may be returned to my original
             place of imprisonment from time to time until my trial in federal court, and the charges
             against me in federal court will not be dismissed.

_____          _____
Beth P. Gesner                                         Defendant
United States Magistrate Judge

                                         _____
                                         Counsel for Defendant