# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

July 1, 2019

MEMORANDUM TO COUNSEL

Re:   *USA v. Igor Cooper Rosensteel*
      Criminal No.:  ELH-19-0183

Dear Counsel:

I understand that an arraignment has taken place in this case.  Accordingly, the following schedule is set:

Defense motions due by: July 19, 2019

Scheduling conference call, to be initiated by the Government:  July 23, 2019, at 4:30 p.m.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge