IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : Case No. ELH-19-183 |
| | : |
| IGOR COOPER ROSENSTEEL | : |
| | : |
| Defendant | : |

## ORDER

Upon the Defendant's Consent Motion for Extension of Time, it is this 22nd day of July, 2019,

ORDERED that the Motion is GRANTED; and it is further

ORDERED that a new deadline for filing pretrial motions will be set during the conference call with counsel currently scheduled for July 23, 2019, at 4:30 p.m.

_____
HON. ELLEN LIPTON HOLLANDER
United States District Judge