IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| UNITED STATES | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. ELH-19-0183 |
| | : | |
| IGOR ROSENSTEEL | : | |
| | : | |
| Defendant | : | |

## ORDER

Upon consideration of the Defendant's Consent Motion to Modify Conditions of Pretrial Release, it is this _11_ day of February 2020, hereby:

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that Mr. Rosensteel may leave his house to obtain a new Social Security card and a new Maryland-issued driver's license or identification card; and it is further

**ORDERED**, that Mr. Rosensteel must coordinate the date and time of his visit to those offices with Pretrial Services; and it is further

**ORDERED**, that all other pretrial release conditions remain unchanged.

Hon. J. Mark Coulson
United States Magistrate Judge

1