**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 16, 2020

LETTER ORDER TO COUNSEL

    Re:   *United States of America v. Rosensteel*
           Case No.: ELH-19-0183

Dear Counsel:

    Pursuant to the Second Amended Standing Order 2020-03, issued by Chief Judge Bredar on March 14, 2020, all nonessential proceedings, are cancelled through March 27, 2020. Accordingly, the rearraignment currently scheduled for March 17, 2020, is hereby cancelled and has been rescheduled to April 17, 2020, at 11:30 a.m.

                                Very truly yours,

                                /s/
                              Ellen L. Hollander
                              United States District Judge