**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 25, 2020

LETTER ORDER TO COUNSEL

    Re:   *United States v. Rosensteel*
           Case No.: ELH-19-cr-0183

Dear Counsel:

    Pursuant to the Second Amended Standing Order 2020-05, issued by Chief Judge Bredar on March 20, 2020, all nonessential proceedings are cancelled through April 24, 2020. Accordingly, the Rearraignment currently scheduled for April 17, 2020, is hereby cancelled. The matter will be rescheduled as soon as possible, given the circumstances.

    Very truly yours,

    /s/
    Ellen L. Hollander
    United States District Judge