**U.S. Probation and Pretrial Services**
# M E M O R A N D U M

**DATE:**   June 4, 2020

**TO:**   Christine L. Duey
Assistant U.S. Attorney

**FROM:**   Kenneth M. Langston
Senior U.S. Probation Officer

**SUBJECT:**   Igor Rosensteel
ELH-19-0183
**SECOND NOTICE OF APPARENT VIOLATION/REQUEST FOR WARRANT**

<u>**RELEASE STATUS**</u>

The defendant appeared before The Honorable J. Mark Coulson on January 30, 2020 for a detention hearing having been charged with Bank Fraud in violation of 18 U.S.C § 1344(2), Access Device Fraud in violation of 18 U.S.C. § 1029 (a)(2), Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1), Possession of Fraudulently Made Government Seal in violation of 18 U.S.C. § 506(a)(3), and False Impersonation of an Officer or Employee of the United States in violation of 18 U.S.C. § 912. At that time, he was released on his personal recognizance with Pretrial Services supervision and the following conditions of release: placed in the third party custody of his father, Robert Rosensteel, and reside with him at his residence, do not change residence without advance permission of Pretrial Services, submit to location monitoring program with leave for Court, medical purposes, and meetings with his attorney, submit to substance abuse testing and treatment as directed by Pretrial Services, no case related contact with his father, no contact with co-defendants or anyone identified in writing by the government, refrain from possessing a firearm, destructive device, or other dangerous weapon, refrain from any use of narcotic drug or other controlled substance unless prescribed, undergo mental health treatment as directed by Pretrial Services, may not possess any credentials or equipment relating to law enforcement, ad travel restricted to Maryland.

A trial date is not currently scheduled.

Re: Igor Rosensteel
Page: 2
June 4, 2020

### APPARENT VIOLATION

On June 3, 2020, I received an alert from the monitoring agency indicating the defendant's strap had been tampered with on his location monitoring transmitter. During a June 3, 2020 telephone conversation with the defendant's father, he reported he had advised the defendant "to leave his residence since he has been having unauthorized visitors at his residence." He indicated the defendant removed his location monitoring transmitter prior to leaving his residence. Attempts to contact the defendant on his cellular telephone on June 3, 2020 around 11:00 pm were unsuccessful. His cellular telephone currently goes straight to his voice mail message. His current whereabouts are unknown.

### ADJUSTMENT TO SUPERVISION

Reference is made to the Notice of Apparent Violation submitted on March 5, 2020 in which the defendant did not follow his location monitoring schedule. Based on the defendant removing his location monitoring transmitter and the fact his current whereabout are unknown, his adjustment to supervision is described as poor. The defendant satisfactorily participated in mental health treatment at Eva Life Giver. All urine specimens have tested negative.

A criminal record check conducted on June 4, 2020 did not reveal any new criminal record or outstanding warrants for the defendant.

### RECOMMENDATION

I respectfully recommend a warrant be issued.

Stacy R. Kirksey
Supervisory U.S. Probation Officer

cc:   The Honorable J. Mark Coulson, U.S. Magistrate Judge
      Andrew Szekely. AFPD