CLOSED

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: <u>1:20−mj−00196−JFA</u> All Defendants

Case title: USA v. Rosensteel

Date Filed: 07/08/2020
Date Terminated: 07/08/2020

Assigned to: Magistrate Judge John F. Anderson

**Defendant (1)**

**Igor Cooper Rosensteel**
*TERMINATED: 07/08/2020*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by  **Viviana I. Vasiu**
US Attorney's Office (Alexandria)
2100 Jamieson Avenue
Alexandria, VA 22314
**NA**
703−299−3700
Email: viviana.vasiu2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/08/2020 | | 3 | Arrest (Rule 32) of Igor Cooper Rosensteel. (wgar, ) (Entered: 07/08/2020) |
| 07/08/2020 | 1 | 4 | Arrest Warrant Returned Executed on 07/07/2020 in case as to Igor Cooper Rosensteel. (wgar, ) (Entered: 07/08/2020) |
| 07/08/2020 | 2 | 5 | Minute Entry for proceedings held before Magistrate Judge John F. Anderson:Initial Appearance in Rule 5(c)(3) Proceedings as to Igor Cooper Rosensteel held on 7/8/2020 via Zoomgov. US appeared through Viviana Vasiu. Deft appeared without counsel (Duty AFPD: Elizabeth Mullin – present). Deft consents to proceed with video conference. Deft informed of the violations. Deft waives his rights to all hearings in this District. Deft remanded to the custody of the USMS to be transported to the District if Maryland. (Tape #FTR.)(wgar, ) (Entered: 07/08/2020) |
| 07/08/2020 | 3 | 6 | ORDER – In accordance with General Order 2020–18 entered by Chief Judge Davis on June 26, 2020 (2:20mc07), this court finds that the defendant, with the advice of counsel, has consented to the use of video conferencing to conduct the initial appearance hearing on a warrant issued by the District of MD that was heard in this court on July 8, 2020, as authorized by § 15002(b)(1) of the GARBS Act, H.R. 748, 116th Congress (2020). The court finds that this proceeding falls within the class of "critical" proceedings that should not be delayed in light of the COVID–19 pandemic. Signed by Magistrate Judge John F. Anderson on 07/08/2020. (wgar, ) (Entered: 07/08/2020) |
| 07/08/2020 | 4 | 7 | WAIVER of Rule 32 Hearings by Igor Cooper Rosensteel. (wgar, ) (Entered: 07/08/2020) |
| 07/08/2020 | 5 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Igor Cooper Rosensteel. Defendant committed to the custody of the USMS to be transported to the District of Maryland. Signed by Magistrate Judge John F. Anderson on 07/08/2020. (wgar, ) (Entered: 07/08/2020) |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Viviana I. Vasiu (usavae.alx.ecf.sausa@usdoj.gov,
viviana.vasiu2@usdoj.gov), Magistrate Judge John F. Anderson
(alison_harmes@vaed.uscourts.gov, jfa_chambers@vaed.uscourts.gov,
john_anderson@vaed.uscourts.gov, kelly_rondinelli@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9436688@vaed.uscourts.gov
Subject:Activity in Case 1:20-mj-00196-JFAVAED USA v. Rosensteel Arrest - Rule 32
```
Content–Type: text/html

# U.S. District Court

# Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 7/8/2020 at 3:16 PM EDT and filed on 7/8/2020

**Case Name:**    USA v. Rosensteel
**Case Number:**   1:20–mj–00196–JFA
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
**Arrest (Rule 32) of Igor Cooper Rosensteel. (wgar, )**

**1:20–mj–00196–JFA–1 Notice has been electronically mailed to:**

Viviana I. Vasiu &nbsp &nbsp viviana.vasiu2@usdoj.gov, usavae.alx.ecf.sausa@usdoj.gov

**1:20–mj–00196–JFA–1 Notice has been delivered by other means to:**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) |
| | ) Case No. ELH-19-0183 |
| Igor Cooper Rosensteel | ) |
| | ) |
| Defendant | ) |

**FILED JUL -8 2020**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Igor Cooper Rosensteel

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

On January 30, 2020, United States Magistrate Judge J. Mark Coulson ordered that Igor Rosensteel be placed under U.S. Pretrial Services supervision pending charges of Bank Fraud (18 U.S.C § 1344(2)); Access Device Fraud (18 U.S.C. § 1029 (a)(2)); Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1)) and False Impersonation of a Federal Officer (18 U.S.C. § 912). The Court further ordered that Rosensteel remain at the residence of his third party custodian, with a location monitor. Rosensteel violated the court order on June 3, 2020, by physically removing his location monitoring transmitter and absconding from the residence of his third party custodian. Rosensteel's current whereabouts are unknown.

Date: 6/5/2020

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Thomas M. DiGirolamo, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/05/2020, and the person was arrested on *(date)* 07/07/2020
at *(city and state)* ALEXANDRIA, VA

Date: 07/08/2020

*Arresting officer's signature*

RUFENER   DUSM
*Printed name and title*

TYPE OF HEARING: Rule 40
CASE NUMBER: 20MJ196
MAGISTRATE JUDGE: John F. Anderson
DATE: 7/8/20
TIME: 2PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Igor Cooper Rosensteel

GOVT. ATTY: Viviana Vasiu

DEFT'S ATTY: w/out counsel

DUTY AFPD: Elizabeth Mullin

INTERPRETER/LANGUAGE: _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( **X** )
DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (  )
DEFT INFORMED OF THE VIOLATION (S) ( **X** )
COURT TO APPOINT COUNSEL (  )    FPD (  )    CJA (  )    Conflict List (  )

Deft waives his rights to all hearings in this District.

BOND: Deft remanded to the custody of the USMS to be transported to the District of MD.

NEXT COURT APPEARANCE: _____    TIME: _____

3 min.

USCA4 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-MJ-196 |
| | ) | |
| IGOR COOPER ROSENSTEEL, | ) | (DMD Case No. 1:19-cr-183-ELH) |
| | ) | |
| Defendant. | ) | |

ORDER

In accordance with General Order 2020-18 entered by Chief Judge Davis on June 26, 2020 (2:20mc07), this court finds that the defendant, with the advice of counsel, has consented to the use of video conferencing to conduct the initial appearance hearing on a warrant issued by the District of MD that was heard in this court on July 8, 2020, as authorized by §15002(b)(1) of the CARES Act, H.R. 748, 116th Congress (2020). The court finds that this proceeding falls within the class of "critical" proceedings that should not be delayed in light of the COVID-19 pandemic.

Entered this 8th day of July, 2020.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>IGOR COOPER ROSENSTEEL<br><br>Defendant | )<br>)  Case No. 1:20-MJ-196<br>)<br>)<br>)  Charging District's Case No. 1:19-cr-183-ELH<br>) |

FILED
JUL -8 2020

## WAIVER OF RULE 32.1 HEARING
(Violation of Pre-Trial Release)

I understand that I have been charged with violating the conditions of Pre-trial release in a case pending in another district, the *(name of other court)* __District of Maryland__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

X☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐X a preliminary hearing.

☐X a detention hearing.

X☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or xdetention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7/7/2020

*Defendant's signature*

*Elizabeth Mullin*
*Signature of defendant's attorney*

Elizabeth Mullin
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| IGOR COOPER ROSENSTEEL ) | Case No. 1:20-MJ-196 |
| ) | |
| ) | Charging District's |
| Defendant ) | Case No. 1:19-cr-183-ELH |

JUL -8 2020

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ---- District of Maryland,
(if applicable) --- division. The defendant may need an interpreter for this language:
N/A .

The defendant: ☐ will retain an attorney.
☐ is requesting court-appointed counsel. **ALREADY HAS APPOINTED COUNSEL IN MARYLAND**

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 8, 2020

/s/ John F. Anderson
United States Magistrate Judge
*Judge's signature*

John F. Anderson, United States Magistrate Judge
*Printed name and title*

USCA4 8