# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.    Case No. ELH19-183

**IGOR ROSENSTEEL**

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Liz Oyer_, and the Government was represented by Assistant United States Attorney _Christine Duey_,

**ORDERED**, this __15th__ day of __July__ __2020__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Thomas M. DiGirolamo
United States Magistrate Judge

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUL 15 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY