IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case Nos. ELH-19-0183 |
| IGOR ROSENSTEEL | : |
| Defendant | : |

## DECLARATION OF ANDREW R. SZEKELY

I, Andrew R. Szekely, affirm under oath that the following is true to the best of my knowledge and belief:

1. I am an Assistant Federal Public Defender at the Office of the Federal Public Defender for the District of Maryland. I am counsel for Mr. Rosensteel.

2. Mr. Rosensteel has entered into a plea agreement with the government. The Court has scheduled a rearraignment for August 25, 2020.

3. Mr. Rosensteel is currently detained at the Chesapeake Detention Facility.

4. Mr. Rosensteel has told me that he wishes to proceed with his guilty plea via video conferencing.

5. I have discussed with Mr. Rosensteel the issue of waiving his physical presence in the courtroom. After being advised of his right to not have the guilty plea proceed without his physical presence in the courtroom, Mr. Rosensteel has informed me that he is willing to waive his presence in the courtroom.

Date: 7/31/20    Signature: /s/ Andrew Szekely

1