IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case Nos. ELH-19-0183 |
| **IGOR ROSENSTEEL** | : | ELH-21-0169 |
| | : | |
| **Defendant** | : | |

## DECLARATION OF ANDREW R. SZEKELY

I, Andrew R. Szekely, affirm under oath that the following is true to the best of my knowledge and belief:

1. I am an Assistant Federal Public Defender at the Office of the Federal Public Defender for the District of Maryland. I am counsel for Mr. Rosensteel.

2. The Court has set a hearing for July 16, 2021. In the 2019 case, the Court has scheduled a sentencing. In the 2021 case, Mr. Rosensteel will enter a plea of guilty and the Court will proceed with sentencing.

3. Mr. Rosensteel is currently detained at the Northern Neck Regional Jail.

4. Mr. Rosensteel has told me that he wishes to proceed with the hearing via video conferencing.

5. I have discussed with Mr. Rosensteel the issue of waiving his physical presence in the courtroom. After being advised of his right to not have the guilty plea and/or sentencing proceed without his physical presence in the courtroom, Mr. Rosensteel has informed me that he is willing to waive his presence in the courtroom.

Date: 6/25/21          Signature: _/s/_

1