IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case Nos.  ELH-19-0183** |
| | : | **ELH-21-1069** |
| **IGOR ROSENSTEEL** | : | |
| | : | |
| **Defendant** | : | |

**MOTION FOR LEAVE TO FILE SEALED MATERIALS**

Comes now Igor Rosensteel, the Defendant, by and through Andrew R. Szekely, Assistant Federal Public Defender, and hereby moves to seal his sentencing memorandum and exhibits in this case. The sentencing memorandum contains information regarding Mr. Rosensteel's mental health history. Materials such as these are of a private and confidential nature and should be shielded to protect Mr. Rosensteel's privacy.

Wherefore, Mr. Rosensteel requests that the sentencing memorandum and exhibits be placed under seal.

Respectfully submitted,

James Wyda
Federal Public Defender
   for the District of Maryland

___/s/_____
Andrew R. Szekely (#16407)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: andrew_szekely@fd.org

1