APR 1 9 2022

Court of clerk, 4/14/22

My name is Igor Cooper Rosensteel and I am in Allenwood Low facility. I am asking if you could send me my sentencing transcript/minutes please. I am filing a motions so I need to look at my transcripts.

Respectfully
Igor Rosensteel
64770037

Case # ELH-1-19-CR-00183-001
and ELH-1-21-cr-00169-001

INMATE NAME/NUMBER: Igor Cooper Rosensteel 64776037
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD Low
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA  171
15 APR 2022  PM 1  L



Court clerk US District Court
101 W. Lombard street
Baltimore, MD 21201

FILED
LODGED ___ ENTERED
___ RECEIVED
APR 19 2022
CLERK US DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

21201-262915

CR3
CR9