

VA 52

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex, Allenwood*

*Low Security Correctional Institution*
*P. O. Box 1500*
*White Deer, PA 17887*

May 13, 2022

RE: ROSENSTEEL, Igor Cooper
Register No.: 64770-037

Inmate Rosensteel:

Your letter to Mr. Garland, Attorney General, listed under CTS No.: CTS667339, was forwarded to my office for response regarding your concern of application of First Act time credits. Specifically, you request applicable credits be applied to your case, resulting in your earlier release from confinement.

In a review of your case, you have been determined to have a Medium Risk Recidivism level. As a result, you are ineligible for application of FSA time credits. Your case will continue to be reviewed at your regularly scheduled program reviews. Your next review is scheduled for August 2022. Should your recidivism risk level drop to a Low or Minimal level, for two consecutive Program Reviews, any FSA time credits will be applied to your case.

If you are dissatisfied with the information noted above, you may appeal through the Administrative Remedy Program. This may be initiated by contacting your Unit Team.

I trust this information addresses your concerns.

Sincerely,

R. Thompson

R. Thompson
Warden

Have written to the Attorney General to ask why I don't get any FSA time.

ALFFE * INMATE EDUCATION DATA * 06-21-2022
PAGE 001 OF 001 * TRANSCRIPT * 17:53:58

REGISTER NO: 64770-037 NAME..: ROSENSTEEL FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: ALF-ALLENWOOD LOW FCI

------------------------- EDUCATION INFORMATION -------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ALF | ESL HAS | ENGLISH PROFICIENT | 09-14-2021 1819 | CURRENT |
| ALF | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-07-2021 0842 | CURRENT |

--------------------------- EDUCATION COURSES ---------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| ALF RDAP | RHU FAMOUS MALE SPORTS STARS | 06-09-2022 | CURRENT | | | | |
| ALF RDAP | RHU START A SMALL BUSINESS | 06-17-2022 | CURRENT | | | | |
| ALF RDAP | RHU PASS THE US CITZNSHP TEST? | 06-17-2022 | CURRENT | | | | |
| ALF RDAP | RHU ACE US CONSTITUTION | 06-17-2022 | CURRENT | | | | |
| ALF RDAP | RHU WORLD WAR 1 | 06-17-2022 | CURRENT | | | | |
| ALF RDAP | RHU WORLD WAR 2 ACE COURSE | 06-17-2022 | CURRENT | | | | |
| ALF RDAP | RHU CHECKBOOK MATH | 04-11-2022 | 05-10-2022 | P | C | P | 3 |
| ALF RDAP | RHU ACE INTRO TO OSHA | 04-18-2022 | 05-10-2022 | P | C | P | 5 |
| ALF RDAP | RPP 6: PERSONAL GROWTH/DEVELOP | 05-02-2022 | 05-02-2022 | P | C | P | 1 |
| ALF RDAP | RPP 5: REL REQUIRE/PROCEDURES | 05-03-2022 | 05-03-2022 | P | C | P | 2 |
| ALF RDAP | RPP 4: INFORMATION & COMMUNITY | 05-03-2022 | 05-03-2022 | P | C | P | 3 |
| ALF RDAP | RPP 3: PERSONAL FINANCE | 05-03-2022 | 05-03-2022 | P | C | P | 2 |
| ALF RDAP | RPP 2: EMPLOYMENT | 05-03-2022 | 05-03-2022 | P | C | P | 2 |
| ALF RDAP | RPP 1: HEALTH & NUTRITION | 05-02-2022 | 05-02-2022 | P | C | P | 1 |
| ALF RDAP | RHU ACE GUIDE TO ONLINE SAFETY | 02-22-2022 | 03-08-2022 | P | C | P | 3 |
| ALF RDAP | RHU START A SMALL BUSINESS | 02-22-2022 | 03-08-2022 | P | C | P | 3 |
| ALF RDAP | RHU BASICS OF BORROWING | 01-31-2022 | 02-15-2022 | P | C | P | 3 |
| ALF RDAP | RHU ACE CDL COURSE | 01-31-2022 | 02-15-2022 | P | C | P | 5 |
| ALF RDAP | HEALTH PROMOTION | 11-11-2021 | 02-12-2022 | P | C | P | 20 |
| ALF RDAP | HEALTH CARE ENVIRONMENTAL HTH | 11-11-2021 | 02-12-2022 | P | C | P | 20 |
| ALF RDAP | SHU ADVANCED NUTRITION & WM | 11-11-2021 | 02-12-2022 | P | C | P | 20 |
| ALF | SHU HEALTHY AGING | 11-07-2021 | 12-09-2021 | P | C | P | 20 |
| ALF | ASTHMA SHU | 11-07-2021 | 12-09-2021 | P | C | P | 20 |
| ALF | SHU INFECTIOUS & CHRONIC DIS | 11-07-2021 | 12-09-2021 | P | C | P | 20 |
| ALF | RHU EMAIL BASICS | 11-23-2021 | 12-08-2021 | P | C | P | 3 |

Programs that I have completed since last year and when I arrived at Allenwood.

G0000 TRANSACTION SUCCESSFULLY COMPLETED

```
 ALFGL  540*23 *            SENTENCE MONITORING          *      05-02-2022
PAGE 001        *             COMPUTATION DATA           *      06:28:55
                              AS OF 05-02-2022

REGNO..: 64770-037 NAME: ROSENSTEEL, IGOR COOPER

FBI NO...........: 115351PD8              DATE OF BIRTH: 03-07-1990  AGE:  32
ARS1.............: ALF/A-DES
UNIT.............: UNION RDAP             QUARTERS.....: U04-521L
DETAINERS........: NO                     NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-07-2022

THE INMATE IS PROJECTED FOR RELEASE: 05-07-2023 VIA 3621E COND

              RELEASE AUDIT COMPLETED ON 04-29-2022 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: ELH-1-21-CR-00169-00
JUDGE...........................: HOLLANDER
DATE SENTENCED/PROBATION IMPOSED: 07-16-2021
DATE COMMITTED..................: 09-02-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $1,868.92

REMARKS.......: DKT 3ELH-1-21-CR-00169-001

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  160      18:1028 FRAUD IDENTITY THEFT
OFF/CHG: 18:1028(A)(7) IDENTITY THEFT (CT 1)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    21 MONTHS
TERM OF SUPERVISION............:     3 YEARS
RELATIONSHIP OF THIS OBLIGATION
 TO OTHERS FOR THE OFFENDER....: CS 010 020; 020 020
DATE OF OFFENSE................: 07-10-2020

G0002       MORE PAGES TO FOLLOW . . .
```

Handwritten notes: "Can't get FSA" (next to FSA eligibility status); "only get 2 months or none off for RDAP" (next to projected release).

REGNO..: 64770-037 NAME: ROSENSTEEL, IGOR COOPER

-------------------------CURRENT OBLIGATION NO: 020 ---------------------------
OFFENSE CODE....: 032 18:3147 BAIL/BOND JUMPING
OFF/CHG: 18:3147(1) BAIL REFORM ACT VIOLATIONS (CT 5)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 5 MONTHS
TERM OF SUPERVISION............: 3 YEARS
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CS 010 010; 020 020
DATE OF OFFENSE................: 07-10-2020

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: ELH-1-19-CR-00183-00
JUDGE...........................: HOLLANDER
DATE SENTENCED/PROBATION IMPOSED: 07-21-2021
DATE COMMITTED..................: 09-02-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $200.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $1,868.92

REMARKS.......: DKT #ELH-1-19-CR-00183-001

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 157 18:1029 FRAUD ACCESS DEVICES
OFF/CHG: 18:1029(A)(2) ACCESS DEVICE FRAUD (CT 5)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 21 MONTHS
TERM OF SUPERVISION............: 3 YEARS
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CS 020 020/010 020
DATE OF OFFENSE................: 01-23-2019

REGNO..: 64770-037 NAME: ROSENSTEEL, IGOR COOPER

-------------------------CURRENT OBLIGATION NO: 020 ---------------------------
OFFENSE CODE....: 160 18:1028 FRAUD IDENTITY THEFT
OFF/CHG: 18:1028A(A)(1)&(B) AGGRAVATED IDENTITY THEFT (CT 12)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 24 MONTHS
TERM OF SUPERVISION............: 1 YEARS
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CS 020 010/010 020
DATE OF OFFENSE................: 01-23-2019

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-29-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-29-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 020 010, 020 020

DATE COMPUTATION BEGAN..........: 07-16-2021
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 50 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 4 YEARS 2 MONTHS
AGGREGATED TERM OF SUPERVISION..: 3 YEARS
EARLIEST DATE OF OFFENSE........: 01-23-2019

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 02-02-2019 | 02-02-2019 |
| | 07-23-2019 | 01-30-2020 |
| | 07-07-2020 | 07-15-2021 |

REGNO..: 64770-037 NAME: ROSENSTEEL, IGOR COOPER

TOTAL PRIOR CREDIT TIME.........: 567
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 225
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 07-16-2023
ELDERLY OFFENDER TWO THIRDS DATE: 10-07-2022
EXPIRATION FULL TERM DATE.......: 02-26-2024
TIME SERVED.....................: 2 YEARS 4 MONTHS 6 DAYS
PERCENTAGE OF FULL TERM SERVED..: 56.3
PERCENT OF STATUTORY TERM SERVED: 66.1

3621E COMPLETE RESIDENT PROGRAM.: 11-08-2022
3621E COMPLETE COMMUNITY PROGRAM: /
3621E RELEASE DATE..............: 05-07-2023

PROJECTED SATISFACTION DATE.....: 05-07-2023
PROJECTED SATISFACTION METHOD...: 3621E COND

REMARKS.......: 10-25-21 ADJUSTED JAIL CREDIT B/LMH; 2/23/22 764 B/JKR.
04-28-2022 UPDT JC/ SEE MEM-2 B/EAH;

G0000 TRANSACTION SUCCESSFULLY COMPLETED