Catherine M. Stavlas, Clerk  
David E. Ciambruschini, Chief Deputy  
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

June 27, 2022

Igor Rosensteel  64770–037  
FCI Allenwood Low  
PO Box 1000  
White Deer, PA 17887

Re: USA v. Igor Cooper Rosensteel  
    1:19–cr–00183–ELH

Dear Igor Rosensteel:

The Court has received and docketed your Motion for Compassionate Release seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), as modified by the First Step Act of 2018. Please be advised that the Office of the Federal Public Defender for the District of Maryland will review your case to determine if it will represent you on a motion for compassionate release. This means that if the Federal Public Defender for this District determines that you are eligible for compassionate release, they will secure any supporting documentation, including any necessary transcripts, needed to supplement the motion you have filed with the Court, and you will not have to pay the costs associated with any court documents or filings.

To assist the Office of the Federal Public Defender and the Court in evaluating your Motion for Compassionate Release, please file a request for compassionate release with the warden of your institution as contemplated by 18 U.S.C. § 3582(c)(1)(A) and then file an administrative appeal if the warden denies your request. Please send to the Office of the Federal Public Defender a copy of your request to the warden and any administrative appeal you file. If you are pursuing compassionate release based on a health condition, please mail copies of relevant medical records to the Office of the Federal Public Defender as well. Please address your envelope:

    Office of the Federal Public Defender  
    6411 Ivy Lane, Suite 710  
    Greenbelt, MD 20770  
    ATTN: Compassionate Release Attorneys

Accompanying this letter are two standard release forms used by the Bureau of Prisons. If you want the Office of the Federal Public Defender to be able to obtain your records from the Bureau of Prisons, please fill out the attached release forms and mail them to the Office of the Federal Public Defender as well.

                                                            Sincerely,

                                                _____/s/_____

Catherine M. Stavlas, Clerk

By: O. Lewis, Deputy Clerk

enclosures

---

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410–962–2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301–344–0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**