**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

July 29, 2022

Christine Duey, Esquire
Assistant United States Attorney

   Re: *United States of America v. Igor Cooper Rosensteel*
     Criminal No.:  ELH-19-0183 and ELH-21-0169

Dear Ms. Duey:

  On June 27, 2022, Igor Rosensteel filed a motion for compassionate release under 18 U.S.C. 3582(c)(1)(A).  ELH-19-0183 (ECF 89) and ELH-21-0169 (ECF 27).  On July 28, 2022, the Office of the Federal Public Defender filed a Notice stating that it will not be supplementing the motion.  ECF 91 (ELH-19-0183) and ECF 29 (ELH-21-0169).

  Accordingly, I ask the government to respond to Mr. Rosensteel's motions by **August 30, 2022.**

  Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                Very truly yours,

                 /s/
                Ellen L. Hollander
                United States District Judge

ELH/kw

cc:  Igor Rosensteel, #64770-037