ROSENSTEEL, Igor Cooper
Register No.: 64770-037
Union A
Page 1

---

## Inmate Request to Staff Response

This is in response to your Request to Staff received on January 9, 2022, wherein you request a Compassionate Release/Reduction in Sentence (RIS).

In accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582(c)(1)(A) and 4205(g), Elderly Inmates with Medical Conditions must be Age 65 and older. You are 31 years old and as such are not eligible for early release under the PS 5050.50.

RIS consideration may also be given to inmates who have an incurable, progressive illness or who have suffered a debilitating injury from which they will not recover. Your case was reviewed and determined that although you have medical concerns, they are not debilitating.

In accordance with policy, the BOP should consider a Reduction in Sentence if the inmate is:

- Completely disabled, meaning the inmate cannot carry on any self-care and is totally confined to a bed or chair. You are able to maneuver within the living quarters. You are able to address your normal living needs.
- Capable of only limited self-care and is confined to a bed or chair more than 50% of waking hours. You are able to maneuver within the living quarters. You are able to walk to Health Services. You are able to walk to Food Service. You are able to address your normal living needs.

Accordingly, your request for a Compassionate Release/Reduction in Sentence is denied. If you are not satisfied with this response, you may appeal through the Bureau of Prisons, Administrative Remedy Process by obtaining an Informal Resolution form through your Correctional Counselor.

I trust this information is responsive to your inquiry.

1/21/22
Date

R. Thompson
Warden