ROSENSTEEL, Igor
Register No.: 64770-037
Appeal No.: 1126970-F1
Page 1

---

### Part B - Response

This is in response to your Request for Administrative Remedy received on July 15, 2022, in which you are requesting reconsideration for a Compassionate Release.

As indicated in your response dated January 21, 2022, and in accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582(c)(1)(A) and 4205(g), Elderly Inmates with Medical Conditions must be Age 65 and older. You are 32 years old and do not have medical conditions meeting the criteria for early release under the PS 5050.50.

RIS consideration may also be given to inmates who have an incurable, progressive illness or who have suffered a debilitating injury from which they will not recover. Your case was reviewed and determined that although you have medical concerns, they are not debilitating.

In accordance with policy, the BOP should consider a Reduction in Sentence if the inmate is:

- Completely disabled, meaning the inmate cannot carry on any self-care and is totally confined to a bed or chair. You are able to maneuver within the living quarters. You are able to address your normal living needs.
- Capable of only limited self-care and is confined to a bed or chair more than 50% of waking hours. You are able to maneuver within the living quarters. You are able to walk to Health Services. You are able to walk to Food Service. You are able to address your normal living needs.

Accordingly, based on the above information, your Request for Administrative Remedy is denied.

If you are not satisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Streets, 7th Floor, Philadelphia, Pennsylvania, 19106, within 20 calendar days of this response.

7/26/22
_____
Date

_R. Thompson_
_____
R. Thompson
Warden

Case 1:19-cr-00183-ELH   Document 93-2   Filed 08/05/22   Page 2 of 2

Rosenstal 64770.037

ALX-1330.18
September 28, 2015
Page 5

Attachment 1

# ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## FCC ALLENWOOD INFORMAL RESOLUTION FORM

LSCI ✓   FCI ___   USP ___

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 [BP-229(13)], you must ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the names of staff contacted.

Issued By: _____~_____ (Initials of Correctional Counselor)
Date Issued To The Inmate: 7/5/22

INMATE'S COMMENTS:

1. Complaint: Compassionate Release/Reduction of sentence Denial

2. Efforts you have made to informally resolve: Filed for Compassionate Release and Cares Act put in proper forms.

3. Names of staff you contacted: Warden Thompson, Mr. Coomes Unit Manager

Date Returned to Correctional Counselor: 7/5/22

_____[signature]_____    64770037    7/5/22
Inmate's Signature     Reg. Number     Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: Request Can not be informally resolved.

Date BP-9 Issued: _____

_____[signature]_____
Correctional Counselor

_____[signature]____ 7/6/2022
Unit Manager (Date)

Distribution: If complaint is NOT informally resolved - Forward original attached to BP-9 Form to the Administrative Remedy Coordinator.