**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---:|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

August 11, 2023

MEMORANDUM TO COUNSEL (via CM/ECF) AND DEFENDANT IGOR ROSENSTEEL (via U.S. Mail)

    Re:    *United States of America v. Igor Rosensteel*
               Criminal No. ELH-19-0183
               Criminal No. ELH-21-0169

Dear Mr. Rosensteel and Counsel:

      On June 21, 2022, Mr. Rosensteel filed pro se motions for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in cases ELH-19-0183 (ECF 89) and ELH-21-0169 (ECF 27). The government responded to these motions on August 29, 2022. ECF 95; ECF 33.

      Upon beginning my review of the materials, I learned that Mr. Rosensteel was released from the Bureau of Prisons on March 30, 2023. *See Find an inmate*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/ (last accessed Aug. 11, 2023).

      Accordingly, by **September 15, 2023**, I ask the government to inform the Court as to the defendant's current status. Additionally, I ask the defendant to advise me, by **September 15, 2023**, whether he wishes to pursue his motions for compassionate release.

      If I do not hear from Mr. Rosensteel by September 15, 2023, I will assume that he does not wish to proceed with the motions. Mr. Rosensteel's failure to respond would result in a denial of the motions, without prejudice.

      Despite the informal nature of this Memorandum, it is an Order of the Court. The Clerk shall docket it as such and mail a copy to Mr. Rosensteel.

                                                  Very truly yours,

                                                    /s/

                                                Ellen Lipton Hollander
                                               United States District Judge