### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | Case Nos.  ELH-19-0183 |
| | : | ELH-21-0169 |
| **IGOR ROSENSTEEL** | : | |
| | : | |
| **Defendant** | : | |

### CONSENT MOTION TO UNSEAL SENTENCING MEMORANDUM TO STATE COURT COUNSEL

Igor Rosensteel, the Defendant, by and through Andrew R. Szekely, Assistant Federal Public Defender, moves to partially unseal his sentencing memorandum as to his state court counsel, and in support thereof states the following:

1. On July 1, 2021, Mr. Rosensteel filed a sentencing memorandum and supporting exhibits in these two cases. The memorandum and exhibits were docketed under seal at Mr. Rosensteel's request.

2. Mr. Rosensteel has a pending case in Berkeley County, West Virginia. *See Igor C. Rosenteel v. State of West Virginia*, Circuit Court for Berkeley County, WV Case No. CC-02-2024-P-91. The mitigation material in the sentencing memorandum and its exhibits are relevant to sentencing in the state court matter.

3. Because Mr. Rosensteel's sentencing memorandum is sealed, he requires an order form this Court to provide a copy of the memorandum and exhibits to his counsel for use in the state proceeding.

4. Assistant United States Attorney Reema Sood consents to the partial unsealing of Mr. Rosensteel's sentencing memorandum.

1

Wherefore, Mr. Rosensteel respectfully requests that the sentencing materials placed under seal be partially unsealed to permit state counsel for Mr. Rosensteel to review them and submit them, under seal, in Mr. Rosensteel's state court proceeding.

> Respectfully submitted,
> James Wyda
> Federal Public Defender
> for the District of Maryland
>
> ___/s/_____
> Andrew R. Szekely (#16407)
> Assistant Federal Public Defender
> 100 South Charles Street
> Tower II, 9th Floor
> Baltimore, Maryland  21201
> Phone: (410) 962-3962
> Fax:  (410) 962-0872
> Email: andrew_szekely@fd.org